United States Bankruptcy Court
District of Nevada

In re:                                                                      Case No. 19-14664-abl
REYNA HERNANDEZ-SANCHEZ                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2          User: burkslg            Page 1 of 1              Date Rcvd: Nov 27, 2019
                              Form ID: oscpayff        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
db            +REYNA HERNANDEZ-SANCHEZ,    2665 S. BRUCE ST,   APT. 228,   LAS VEGAS, NV 89169-1768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
              LENARD E. SCHWARTZER    trustee@s-mlaw.com,
               lbenson@s-mlaw.com;nv17@ecfcbis.com;les@trustesolutions.net
              U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                                 TOTAL: 2

NVB 1017 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–19–14664–abl |
| REYNA HERNANDEZ–SANCHEZ | CHAPTER 7 |
| Debtor(s) | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEES |
| | Hearing Date:   1/8/20 |
| | Hearing Time:   09:30 AM |

The above–named debtor has failed to pay the required filing fee(s) in accordance with the following entry/entries on docket:

*1* – Chapter 7 Voluntary Petition Individual. Fee Amount $0. Request for in forma pauperis waiver. Filed by REYNA HERNANDEZ–SANCHEZ (mag)

*6* – Order Denying Debtor's Application for Waiver of the Chapter 7 Filing Fee (Related Doc # 4) First Installment Payment due by 07/25/2019. Second Installment Payment due by 09/23/2019. Third Installment Payment due by 10/21/2019. Final Installment Payment due by 11/20/2019. (cly)

The debtor is delinquent in the amount of $ **335.00**; therefore,

**IT IS ORDERED** that the debtor and/or attorney for the debtor in the above–entitled case is directed to appear and show cause why this case should not be dismissed for failure to pay filing fees in accordance with Fed. R. Bankr. P. 1017(b). In accordance with Fed. R. Bankr. P. 1006(b)(2), the filing fee can be paid no later than 180 days from the filing of the petition.

The hearing will be held before a United States Bankruptcy Judge, as follows:

| | |
|---|---|
| Hearing Date: | 1/8/20 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | ABL–Courtroom 1, Foley Federal Bldg<br>300 Las Vegas Blvd South,<br>Las Vegas, NV 89101 |

The hearing will not be held, and the case will not be dismissed if payment is received *at least three (3) business days* before the scheduled hearing. Payment for any fees must be in the form of a cashier's check or money order for the exact amount. Payments made in cash are not accepted.

Dated: 11/27/19

*Mary A Schott*

Mary A. Schott
Clerk of Court